ARNOLD and others, Respondents, vs. ROCK and others, Defendants: SCHWARTZ and others, Appellants.

For the appellants: *Salen & Brenner* of Waukesha, attorneys, and *Harvey L. Cavender* of Chicago, Illinois, of counsel.

For the respondents: *Frame & Blackstone* of Waukesha.

*By the Court.*—Judgment affirmed.

ESTATE OF DARITZ: BARABOO NATIONAL BANK, Executor, Appellant, vs. DUBOST and others, Respondents.

For the appellant: *Langer, Gessner & Dana,* of Baraboo, attorneys, and *Ela, Christianson & Ela* of Madison of counsel.

For the respondents: *Stephens, Sletteland & Cannon* and *A. E. Kilmer* of Madison, and *James H. Hill, Sr.,* of Baraboo, guardian *ad litem* for Lynn Sulis.

*By the Court.*—Judgment and order affirmed.

ESTATE OF ULLRICH: ULLRICH and wife, Claimants, Appellants, vs. SCHILTZ, Executrix, Respondent.

For the appellants: *Joseph Witmer,* attorney, and *Albert H. Krugmeier* of counsel, both of Appleton.

For the respondent: *Sigman & Sigman* of Appleton.

*By the Court.*—Judgment affirmed.